# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP MINOR,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-02005-RFB-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for a continuance of the briefing deadlines to allow additional time in which to file an amended petition. (ECF No. 10). Petitioner seeks a 90-day extension of time in which to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a continuance (ECF No. 10) is **GRANTED.** Petitioner **SHALL FILE** the amended petition within **ninety (90) days** of the date of entry of this order.

    DATED this __5th__ day of May, 2017.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE