UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

PHILIP MINOR,

        Petitioner,

  v.

BRIAN WILLIAMS, *et al.*,

        Respondents.

Case No. 2:15-cv-02005-RFB-PAL

ORDER

Petitioner is currently represented in this matter by Gia McGillivray, Esq. Ms. McGillivray seeks to withdraw from representation of petitioner due to her impending relocation and commencement of employment with the Federal Defender Office in another state. (*See* ECF No. 24).

Good cause appearing, IT IS ORDERED that petitioner's motion to withdraw and for appointment of new counsel (ECF No. 24) is GRANTED.

IT IS FURTHER ORDERED that Gia McGillivray, Esq. is hereby WITHDRAWN as counsel for petitioner.

IT IS FURTHER ORDERED that Angela H. Dows, Esq., Premier Legal Group, 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128, 702-794-4411, is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

The Clerk shall forward a copy of this order to the CJA coordinator.

The Clerk further shall send a copy of this order to the petitioner in proper person at the following address, provided by petitioner's counsel: Phillip Minor, ID No. #21879, Lovelock Correctional Center, 1200 Prison Rd., Lovelock, NV 89419. The Clerk shall reflect said transmittal either via the notice of electronic filing or on the docket, in a manner consistent with the Clerk's current practice.

IT IS SO ORDERED.

DATED this 21st day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE